UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ARCHER DANIELS MIDLAND COMPANY AND AMERICAN RIVER TRANSPORTATION COMPANY, LLC FOR EXONERATION FROM OR LIMITATION OF, LIABILITY | Case No. 3:18-cv-01773-JPG-RJD |

## **MEMORANDUM AND ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). That rule allows a plaintiff to dismiss an action if the stipulation has been signed by all parties who have appeared in the case. The parties have met the requirements of Rule 41(a)(1)(a)(ii), so the Court **FINDS** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: NOVEMBER 27, 2018**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
